UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAYWATER DRILLING, LLC** | * | **CIVIL ACTION NO.:  16-7968** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **SOUTHWEST ENERGY PARTNERS, LLC** | * | **JUDGE** |
| | * | |
| | * | **MAGISTRATE** |

******************************************

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Baywater Drilling, LLC, as plaintiff herein, and for its complaint against defendant, Southwest Energy Partners, LLC, represents upon information and belief as follows:

### Parties

1.

Made plaintiff herein is Baywater Drilling, LLC ("Baywater"), a limited liability company organized under the laws of Delaware with its principal place of business in Houma, Louisiana.

2.

Made defendant herein is Southwest Energy Partners, LLC ("Southwest"), a limited liability company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.  Upon information and belief, the sole member of Southwest is managing member Dr. Andrew Welch, who is a resident of Nevada.  As such, Southwest is a citizen of Nevada.

Page 1

## Jurisdiction and Venue

3.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1333 as this suit involves a breach of a maritime contract.

4.

Alternatively, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, as the parties are diverse and the amount in controversy exceedS $75,000.

5.

Venue is proper in this judicial district as the parties have consented to this forum through a clause in the parties' Daywork Drilling Contact which mandates that any litigation between the parties be brought in the United States District Court for the Eastern District of Louisiana.

## Pertinent Facts

6.

On July 27, 2015, Baywater and Southwest entered into a Daywork Drilling Contract (hereinafter, "the Contract") by which Baywater was to perform drilling services on an oil well owned and operated by Southwest.

7.

At all pertinent times, Southwest was the operator of the well identified as SL 21279 #1, formerly referred to as SL 14838 #1 (hereinafter, "the Well"), located in Cameron Parish, in the field of North Sabine Lake.

8.

Under the Contract, drilling of the Well was to commence by August 1, 2015, and continue until the Well was drilled to a depth of 13,050 feet.

9.

Baywater provided the drilling rig CAILLOU to the site of the Well and the drilling operations commenced on July 26, 2015.

10.

On August 18, 2015, Southwest unilaterally terminated the drilling operations when the Well had been drilled to a depth of only 10,468 feet.

11.

On August 19, 2015, the assigned Southwest representative along with the service tug boats provided by Southwest abandoned the CAILLOU, leaving the CAILLOU and its crew without any support vessels.

12.

Under the Contract, Southwest was responsible for providing and paying for service barges and service tug boats to provide support for the CAILLOU and the crew aboard the rig.

13.

On August 20, 2015, Baywater was forced to secure tugs to tow the CAILLOU from the site of the Well back to Baywater's dock in Amelia, Louisiana.

**Early Termination Compensation**

14.

Section 6.1 of the Contract sets forth the term of the Contract and provides that the Contract will remain effective until the drilling operations on the Well is completed to a depth of 13,050 feet.

15.

On or around August 18, 2015, Southwest unilaterally terminated drilling operations at the Well at a depth of 10,468 feet, well short of the contractually specified depth of 13,050 feet.

16.

Section 6.3(b) of the Contract allows the Operator [Southwest] to terminate the Contract before completion of the drilling operation to the specified depth, but commands that Southwest reimburse Baywater as provided for in Section 6.4 of the Contract.

17.

Article 6.4(c) of the Contract provides that if Southwest terminates the Contract after the spudding of the well but before its completion, which was the case here, Southwest agrees to pay Baywater a minimum of fifteen (15) days at the applicable contractual day rate of $20,000 per day, or a total of $300,000.

18.

Despite amicable demand, Southwest has failed to pay the early termination compensation due to Baywater as required by the clear terms of the Contract.

19.

As a result of early termination of the Contract, Southwest is justly and duly indebted to Baywater in the full and true sum of $300,000 pursuant to the Early Termination Compensation clauses of the Contract, for reasonable attorneys' fees in connection with collection of this sum as provided for in the Contract, and for all costs of these proceedings.

**WHEREFORE,** the premises considered, plaintiff, Baywater Drilling, LLC, prays:

1. That defendant, Southwest Energy Partners, LLC, be summoned to appear and answer, all and singular, the allegations of this Complaint;

2. That after due proceedings, a judgment in favor of Baywater Drilling, LLC be rendered against defendant, Southwest Energy Partners, LLC, for all damages resulting from the matters described herein, in such total amount to be proven at trial, plus interest, costs and attorneys' fees; and

3. For all such other relief that justice and the nature of the case will allow.

        Respectfully submitted,

        MURPHY, ROGERS, SLOSS, GAMBEL &
          TOMPKINS

         */s/ Peter B. Tompkins*
        Peter B. Tompkins (#17832)
        ptompkins@mrsnola.com
        Tarryn E. Walsh (#36072)
        twalsh@mrsnola.com
        701 Poydras Street, Suite 400
        New Orleans, Louisiana 70139
        Telephone:   (504) 523-0400
        Facsimile:    (504) 523-5574
        ***Attorneys for Baywater Drilling, LLC***

**PLEASE ISSUE SUMMONS TO:**
**SOUTHWEST ENERGY PARTNERS, LLC**
Through its registered agent:
Pat Theophilus
440 Third St.
#504
Baton Rouge, LA 70802